UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS HALL, III,<br><br>           Petitioner,<br><br>       v.<br><br>GERALD JANDA, Warden,<br><br>           Respondent. | Case No. EDCV 13-366 BRO(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

///

1    IT IS HEREBY ORDERED that Judgment be entered: (1) denying the Petition as to claims 1, 2b and 3 (as enumerated in the Report and Recommendation); (2) granting the Petition as to claim 2a (as enumerated in the Report and Recommendation) – that the evidence presented at trial was insufficient to support petitioner's convictions for active participation in a criminal street gang in violation of California Penal Code section 186.22(a) ("street terrorism") – Counts 2, 4 and 6 – in Riverside County Superior Court Case No. RIF143805; and (3) vacating petitioner's foregoing street terrorism convictions, discharging petitioner from all adverse consequences thereof, vacating the portion of his sentence based thereon, and requiring the Superior Court to resentence petitioner accordingly within sixty (60) days of the entry of judgment herein.

   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on counsel for petitioner and respondent.

DATED: April 24, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

2