UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS HALL, III, | ) | Case No. EDCV 13-366 BRO(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| GERALD JANDA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) the Petition for Writ of Habeas Corpus ("Petition") is denied as to claims 1, 2b and 3 (as enumerated in the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation")); (2) the Petition is granted as to claim 2a (as enumerated in the Report and Recommendation) – that the evidence presented at trial was insufficient to support petitioner's convictions for active participation in a criminal street gang in violation of California Penal Code section 186.22(a)

1

1  ("street terrorism") – Counts 2, 4 and 6 – in Riverside County Superior Court Case
2  No. RIF143805; and (3) petitioner's foregoing street terrorism convictions are
3  vacated, petitioner is discharged from all adverse consequences thereof, the portion
4  of his sentence based thereon is vacated, and the Superior Court shall resentence
5  petitioner accordingly within sixty (60) days of the entry of the Judgment herein.

DATED: April 24, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE